BUSBY ET AL. *v.* HARRIS, JUDGE, ET AL.

No. 728, Misc. Decided May 28, 1962.

Petitioners *pro se.*

*Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Howard A. Glickstein* for respondents.

PER CURIAM.

Upon the Solicitor General's suggestion of mootness and upon an examination of the entire record, the motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment of the Court of Appeals is vacated and the case is remanded to that court with directions to dismiss the proceedings upon the ground that the case is moot.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.